UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

JOHN ECKMAN,
      Plaintiff,

v.

AT&T UMBRELLA PLAN NO. 1,
      Defendant.

No. C 12-0635 WHA

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: July 19, 2012
Mediation: Robert Schwartz

    IT IS HEREBY ORDERED that the request to excuse defendant AT&T Umbrella Plan No. 1's corporate representative from personal attendance at the July 19, 2012, mediation session before Robert Schwartz is GRANTED. The representative shall participate telephonically for the duration of the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

July 5, 2012
Dated

By: _____
Donna M. Ryu
United States Magistrate Judge

[GRANTED stamp; signature of Judge Donna M. Ryu]