IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN ECKMAN,

    Plaintiff,

v.

AT&T UMBRELLA BENEFIT PLAN NO. 1,

    Defendant.

No. C 12-00635 WHA

**ORDER RE SETTLEMENT**

The Court acknowledges that the parties have a proposed settlement, but until a dismissal is filed, all deadlines remain in place.

**IT IS SO ORDERED.**

Dated: July 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE